﻿Citation Nr: AXXXXXXXX
Decision Date: 08/31/20 Archive Date: 08/31/20

DOCKET NO. 191114-88690
DATE: August 31, 2020

ORDER

The issue of entitlement to an effective date earlier than July 5, 2018 for the award of service connection for migraines to include migraine variants is dismissed.

FINDINGS OF FACT

1. The rating decision underlying the present appeal was issued in November 2018.

2. In November 2019, without opting into the Rapid Appeals Modernization Program (RAMP), the Veteran attempted to initiate an appeal of the November 2018 rating decision by filing a VA Form 10182 (Notice of Disagreement (NOD)).

CONCLUSION OF LAW

The criteria for dismissal of the appeal of entitlement to an earlier effective date for the grant of service connection for migraine are satisfied. 38 C.F.R. §§ 20.104, 20.201, 20.202.

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran served on active duty in the United States Air Force from October 1989 to February 1992.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law created a new framework for Veterans dissatisfied with the VA decision on their claim to seek review. The new framework is generally referred to as the AMA or the modernized review system. The older appeals system which it replaced is generally referred to as the Legacy appeals system.

In a NOD filed on a VA Form 10182, submitted in November 2019, the Veteran attempted to file an appeal to the Board of Veterans’ Appeals (Board) seeking an earlier effective date for the grant of service connection for migraines, indicating the appeal was from an April 2019 rating decision issued by a Department of Veterans Affairs (VA) Regional Office (RO). He requested direct review of the evidence considered by the RO. 38 C.F.R. § 20.202. However, the April 2019 rating decision on appeal did not address the issue of migraine and as such, is inapplicable for jurisdictional purposes. Id. 

Notably, in a November 2018 rating decision, the RO granted service connection for migraine headaches. Reading the NOD liberally, the Board finds that it can be applied to the November 2018 rating decision that granted service connection for migraines. However, the November 2018 rating decision was issued prior to implementation of the AMA on February 19, 2019 and the Veteran did not opt-in to VA’s AMA test program, RAMP. The appeal, therefore, which is docketed under the AMA system, must be dismissed as the November 2018 rating decision could only have been appealed under the Legacy appeals system.

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. It is well established that in order for the Board to have jurisdiction to review the denial of a claim in the Legacy appeals system, after a rating decision has been promulgated, a written NOD must be received within one year of notification of the RO’s denial of the claim. 38 C.F.R. §§ 19.20, 19.52(a). The NOD must be filed on the form prescribed by the Secretary of VA, which is VA Form 21-0958. 38 C.F.R. § 19.21(a)(1). Thereafter, VA will issue a statement of the case, and if the Veteran is still dissatisfied, he needs to file a timely substantive appeal before the Board has jurisdiction of the matter. See 38 C.F.R. §§ 19.20, 19.52(b). 

Here, the RO issued the rating decision on appeal in November 2018, which in relevant part granted service connection for migraines. This rating decision was issued in the Legacy appeals system and notification of the decision included appellate rights explaining which form needed to be filed (VA Form 21-0958) to appeal as well as a copy of the form for the Veteran’s use. The record reflects the Veteran has not filed a NOD under the Legacy appeal system to initiate an appeal. 

In November 2019, the Veteran attempted to appeal the portion of the rating decision pertaining to the issue above by filing a VA Form 10182 (NOD for decisions under the modernized/AMA appeals system). This is not the form that was provided to the Veteran for an appeal nor is it the form the November 2018 appellate rights indicated must be used for initiating an appeal. The Board is legally precluded from accepting a VA Form 10182 as a NOD in an appeal under the Legacy appeals system. 38 C.F.R. § 19.21(a)(1). 

Given the above, the Board does not have jurisdiction to review the appeal and the claim for an effective date earlier than July 5, 2018 for the award of service connection for migraine is dismissed. 

 

 

Nathan Kroes

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. Mathew

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.